### 12889.   FILLINGAME *v.* THE STATE.

BLOODWORTH, J.   The bill of exceptions in this case shows that three separate cases against the same defendant were by consent tried together; that there were three separate verdicts of guilty, and three judgments; and by this one bill of exceptions the defendant seeks to have all three of these judgments set aside. This is not permissible. "There is no authority of law for excepting in the same motion for new trial to the rendition of two verdicts upon the trial of two separate criminal cases. On the contrary, to the setting aside of either of such verdicts, separate and independent motions are requisite." *Dickey* v. *State,* 101 *Ga.* 572 (28 S. E. 980). And see *Futch* v. *Mathis,* 148 *Ga.* 558 (97 S. E. 516); *Paschal* v. *Morgan,* 19 *Ga. App.* 245 (91 S. E. 285), and citations; *Chambers* v. *Walker,* 26 *Ga. App.* 586 (106 S. E. 811).

    *Writ of error dismissed. Broyles, C. J., and Luke, J., concur.*
       DECIDED DECEMBER 13, 1921.

Indictments for carrying pistol; from Randolph superior court — Judge R. C. Bell presiding. August 13, 1921.

*Charles W. Worrill,* for plaintiff in error.

 *B. T. Castellow, solicitor-general, R. R. Arnold, E. C. Hill,* contra.

---

### 12890.   HARDEN *v.* THE STATE.

BROYLES, C. J.   The special grounds of the motion for a new trial are merely amplifications of the general grounds, and the verdict was authorized by the evidence and has been approved by the trial court.

    *Judgment affirmed. Luke and Bloodworth, JJ., concur.*
       DECIDED DECEMBER 13, 1921.

Indictment for assault and battery; from Randolph superior court — Judge R. C. Bell presiding. August 12, 1921.

*Charles W. Worrill,* for plaintiff in error.

 *B. T. Castellow, solicitor-general, R. R. Arnold, C. E. Hill,* contra.